PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | |
| ) | |
| vs.      ) | **Docket Number:  1:07CR00033 OWW** |
| ) | |
| **TRACY TAYLOR**      ) | |
| ) | |

On January 28, 1997, the above-named was placed on Supervised Release for a period of 5 years, which commenced on January 11, 2006.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON
United States Probation Officer**

Dated:        January 21, 2009
              Bakersfield, California
              LES:ks

**REVIEWED BY:**       /s/ Thomas A. Burgess
                **THOMAS A. BURGESS
                Supervising United States Probation Officer**

**Re:    Tracy TAYLOR**
       **Docket Number:   1:07CR00033 OWW**
       **ORDER TERMINATING SUPERVISED RELEASE**
       <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.
IT IS SO ORDERED.

**Dated:   <u>January 22, 2009</u>**          <u>         **/s/ Oliver W. Wanger**         </u>
                                       UNITED STATES DISTRICT JUDGE